**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RODNEY COLLINS**                                              **PLAINTIFF**

**v.**                              **CASE NO. 4:08CV4228 BSM**

**MITCH WIDLER**                                              **DEFENDANT**

### ORDER OF DISMISSAL

The parties' joint motion to dismiss the complaint and counter-claim (Doc. No. 46)

is granted and the complaint and counter-claim are dismissed with prejudice.  Each party

shall bear its own costs.

IT IS SO ORDERED THIS 8th day of July, 2010.


_____
UNITED STATES DISTRICT JUDGE